IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:04cr009-T |
| | ) | (WO) |
| JOANNA NICOLE HOOKS | ) | |

## ORDER

Upon consideration of the opinion of the United States Court of Appeals for the Eleventh Circuit entered on September 14, 2005, affirming the judgment of conviction and sentence pronounced in this case as to defendant Joanna Nicole Hooks on January 31, 2005, and entered on February 7, 2005 (Doc. no. 191), and the mandate of the United States Court of Appeals for the Eleventh Circuit issued on October 13, 2005, and received in the office of the clerk of this court on October 14, 2005 (Doc. no. 280), it is the ORDER, JUDGMENT, and DECREE of the court that the judgment of conviction and sentence pronounced upon defendant Joanna Nicole Hooks on

January 31, 2005, and entered on February 7, 2005 (Doc. no. 191), is continued in full force and effect.

DONE, this the 18th day of October, 2005.

　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE